Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED BY _____ D.C.

DEC 09 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

West Palm Beach Division

| | |
|---|---|
| Nicole Taylor | ) Case No. _____ |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) Jury Trial: *(check one)* ☒ Yes ☐ No ) |
| -v- | ) |
| The GEO Group, Inc. | ) |
| *Defendant(s)* | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nicole Taylor |
| Street Address | 206 Edgewood Drive |
| City and County | West Palm Beach, Palm Beach County |
| State and Zip Code | Florida 33405 |
| Telephone Number | (772) 274-5890 |
| E-mail Address | ntayl47@wgu.edu |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The GEO Group, Inc. |
| Job or Title *(if known)* | Employer / Corporation |
| Street Address | 4955 Technology Way |
| City and County | Boca Raton, Palm Beach County |
| State and Zip Code | Florida 33431 |
| Telephone Number | (561) 893-0101 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| Telephone Number | |
| E-mail Address *(if known)* | |

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| Name | South Bay Correctional & Rehabilitation Facility |
| Street Address | 600 U.S. Highway 27 South |
| City and County | South Bay, Palm Beach County |
| State and Zip Code | Florida 33493 |
| Telephone Number | (561) 992-9505 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

Between February 2024 and June 25, 2024

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Anxiety-related panic disorder with severe episodes triggered by workplace harassment and intimidation, necessitating medical leave and reasonable adjustments.

E.  The facts of my case are as follows.  Attach additional pages if needed.

1) I worked for The GEO Group, Inc. as a Human Resources Manager assigned to the South Bay Correctional & Rehabilitation Facility in Palm Beach County, Florida.

2) In February 2024, during a corporate walkthrough of the facility, the Senior Executive Vice President of Operations allegedly engaged in inappropriate workplace conduct toward me, including unwanted behavior and a threatening comment indicating that I was "dead to him." After I reported this conduct to HR leadership, the work environment became hostile. My job duties were undermined, my work performance was unfairly questioned, and I was excluded from normal HR responsibilities and decision-making.

3) In May 2024, the ongoing retaliation caused severe panic attacks requiring emergency medical treatment. On May 23, 2024, I notified GEO of my disability and provided a doctor's note placing me off work through June 7, 2024. On May 28, 2024, GEO treated this as an ADA request and sent ADA paperwork, which I promptly had my physician complete.

4) On June 12, 2024, while ADA paperwork was pending, GEO's Regional HR Director accused me of no-call/no-show, stated she heard I "found another job," told me to "stop dicking [her] around," and pressured me to return early or resign. Out of fear of being fired, I returned June 17, 2024, despite my doctor's restrictions.

5) Upon returning, GEO retaliated by removing me from my office, isolating me in a hazardous storage area, stripping HR duties, and humiliating me in front of staff. GEO gave me a Final Written Warning, skipping all normal progressive discipline.

6) My panic attacks worsened. On June 24, 2024, my provider again restricted me from working. I notified GEO, but they refused to accommodate my disability and continued retaliation. GEO's conduct forced me to resign on June 25, 2024 (constructive discharge).

7) GEO's actions directly caused my loss of income, health insurance, ability to receive medical treatment, and ability to safely recover from my condition.

8) I have suffered serious financial harm including: filing for Chapter 13 bankruptcy, accumulated debt, threats of repossession, housing instability, and falling behind on child support obligations.

9) These consequences caused extreme stress, damaged my professional reputation, and made it difficult to provide basic necessities for my dependent child.

10) Because of GEO's disability discrimination, failure to accommodate, and retaliation, my working conditions became intolerable. I had no reasonable option but to resign to protect my health and safety. This was a constructive discharge in violation of the Americans with Disabilities Act, including 42 U.S.C. § 12203.

**Supporting evidence exists and will be provided during discovery as Exhibit H.**

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

> 07/31/2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    | 09/15/2025    | .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff respectfully requests that this Court:

a. Award back pay, lost wages, and lost benefits resulting from the retaliatory constructive discharge;
b. Award front pay or reinstatement to a comparable Human Resources Manager position;
c. Award compensatory damages for emotional distress, mental anguish, and family hardship caused by Defendant's unlawful actions;
d. Award special damages for financial harm, including Plaintiff's Chapter 13 bankruptcy, accumulated debt, credit damage, and loss of access to medical care due to lost income;
e. Award punitive damages to deter future ADA retaliation and discriminatory practices;
f. Order removal of the Final Written Reprimand from Plaintiff's personnel file and correction of any retaliation-based employment records;
g. Award costs of litigation and any other relief deemed just and proper.

→ Plaintiff demands a trial by jury.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/9/2025

Signature of Plaintiff

Printed Name of Plaintiff   Nicole Taylor

### B.        For Attorneys

Date of signing:   12/9/2025

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Street Address

State and Zip Code

Telephone Number

E-mail Address

(1" from top of page, and centered,
begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ (Judge's Last Name/Magistrate's Last Name)

Nicole Taylor

_____

Plaintiff (s)

vs.

The GEO Group Inc

_____

Defendant(s).

_____ /

## COMPLAINT

I, ___Nicole Taylor___, plaintiff, in the above styled cause, sue defendant(s): The GEO Group, Inc.
_____.

This action is filed under (indicate under which federal law or section of the U.S. Constitution
this action is being filed): ___This action is filed under the Americans with Disabilities Act of 1990, as
(ADA), including the anti-retaliation provisions, 42 U.S.C. § 12203."___

Dated: Month, day, year
12/9/2025

Respectfully submitted,

_____

Name of Filer    Nicole Taylor, Pro Se Plaintiff
Attorney Bar Number (if aplicable)
Attorney E-mail Address (if applicable)
Firm Name (if applicable)
Street Address    206 Edgewood Drive
City, State, Zip Code   West Palm Beach, 33405
Telephone:    (772) 274-5890
Attorneys for Plaintiff/Defendant [Party Name(s)]
(if applicable)

## Certificate of Service*

**I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

*: a Certificate of Service is only required if filed conventionally (not through CM/ECF). see Section 3K(4), CM/ECF NextGen Administrative Procedures.