UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-81542-EA

NICOLE TAYLOR,

      Plaintiff,

v.

THE GEO GROUP, INC.,

      Defendant.

_____/

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING CASE

Pending before the Court is a Report and Recommendation [ECF No. 9] (the "Report") recommending that this Court dismiss Plaintiff's Complaint without prejudice ("Motion") [ECF No. 1]. No objections were filed thereto. Having thus considered the Report and being otherwise advised as to the premises, it is hereby **ORDERED** and **ADJUDGED** that:

1. Plaintiff's Complaint [ECF No. 1] is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT,** and all deadlines are **TERMINATED**.

4. The Clerk of Court is **DIRECTED** to serve a copy of this Order on Plaintiff.

      **ORDERED** in Chambers in West Palm Beach, Florida, this 13th day of April, 2026.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:
**Nicole Taylor**
206 Edgewood Drive
West Palm Beach, FL 33405
PRO SE